UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21692-BLOOM/Otazo-Reyes**

DEMIS J. ESPINOZA, on his own behalf
and on behalf of all similarly situated
individuals,

      Plaintiff,

v.

CRIMCHECK HOLDINGS, LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Dismissal with Prejudice, ECF No. [33] ("Notice"), filed on April 1, 2022. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [33]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 1, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 21-cv-21692-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record